UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALFREDO NAVARRO-GUTIERREZ,<br><br>                    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>                    Respondents. | Case No. C14-1577-JCC-BAT<br><br>**REPORT AND RECOMMENDATON** |

This is a habeas corpus action pursuant to 28 U.S.C. § 2241.  Through counsel, the parties have filed a joint stipulated motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without an award of costs or fees to any party.  Dkt. 13.  Based on the parties' stipulation, the Court recommends entering an order (1) granting the joint stipulated motion, Dkt. 13, and (2) dismissing this action without prejudice and without an award of costs or fees to any party.  A proposed order accompanies this Report and Recommendation.

The Clerk should note the matter for December 17, 2014, as ready for the Honorable John C. Coughenour's consideration.

DATED this 17th day of December, 2014.

                                                                 _____
                                                                 BRIAN A. TSUCHIDA
                                                                 United States Magistrate Judge

REPORT AND RECOMMENDATON- 1