UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALFREDO NAVARRO-GUTIERREZ, <br><br> Petitioner, <br><br> v. <br><br> UNITED STATES OF AMERICA, et al., <br><br> Respondents. | Case No. C14-1577-JCC <br><br> **ORDER OF DISMISSAL** |

Having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the balance of the record, and Court finds and Orders as follows:

1. The Court **ADOPTS** the Report and Recommendation (Dkt. No. 14).

2. The parties' joint stipulated motion to dismiss (Dkt. No. 13) is **GRANTED**.

3. This matter is voluntarily dismissed without prejudice and without an award of costs or fees to any party.

4. The Clerk shall send a copy of this Order to the parties and to Judge Tsuchida.

//
//
//
//
//

ORDER OF DISMISSAL- 1

DATED this 19th day of December, 2014.

_____
JOHN C. COUGHENOUR
United States District Judge

ORDER OF DISMISSAL- 2